Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19–14926–VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hudy Muldrow Jr.
   346 Hamilton Ave 2nd Fl
   Paterson, NJ 07501

Social Security No.:
   xxx–xx–8373

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/25/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 27, 2019
JAN: jf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 19-14926-VFP
Hudy Muldrow, Jr.                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Sep 27, 2019
                              Form ID: 148             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.
```
db             +Hudy Muldrow, Jr.,    346 Hamilton Ave 2nd Fl,    Paterson, NJ 07501-1618
518076371      +Eastern Account System INC,    P.O. Box 837,    Newtown, CT 06470-0837
518076372      +Emerge/atlanticus,    Po Box 105555,    Atlanta, GA 30348-5555
518076374      +Med Business Bureau,    1460 Renaissance Dr #400,    Park Ridge, IL 60068-1349
518076375      +Mmca/c1,    Attention:  Banktruptcy Department,    3120 Rider Trail S,
                 Earth City, MO 63045-1518
518076376      +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
518076377      +Passaic County Sheriff,    77 Hamilton Street,    Paterson, NJ 07505-2070
518076378      +Phelan Hallian Diamond & Jones, PC,    400 Followship Road, suite 100,
                 Mount Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2019 01:05:28      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2019 01:05:25      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM Sep 28 2019 04:08:00      BMW Financial Services NA, LLC Department,
                 AIS Portfolio Services, LP,    4515 N.Santa Fe Avenue,    Dept APS,    Oklahoma, OK 73118-7901
cr             +EDI: RMSC.COM Sep 28 2019 04:08:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
518076366      +EDI: AARGON.COM Sep 28 2019 04:08:00      Aargon Agency,    Attn: Bankruptcy Department,
                 8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
518076367      +EDI: BMW.COM Sep 28 2019 04:08:00      Alphera Financial Serv,    P.O. Box 3608,
                 Dublin, OH 43016-0306
518119476      +EDI: AISACG.COM Sep 28 2019 04:08:00      BMW Financial Services NA, LLC,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518076368      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 28 2019 01:05:58
                 Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
                 Miami, FL 33146-1873
518255645      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 28 2019 01:05:58
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
518076369      +EDI: CAPITALONE.COM Sep 28 2019 04:08:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518076370      +EDI: RCSFNBMARIN.COM Sep 28 2019 04:08:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
518076370      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 28 2019 01:17:28      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
518076373      +EDI: BLUESTEM Sep 28 2019 04:08:00      Fingerhut,    Bankruptcy Dept,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
518212228       EDI: RESURGENT.COM Sep 28 2019 04:08:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
518212228       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2019 01:15:58      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518076379      +EDI: SWCR.COM Sep 28 2019 04:08:00      Southwest Credit Systems,    4120 International Parkway,
                 Suite 1100,    Carrollton, TX 75007-1958
518077863      +EDI: RMSC.COM Sep 28 2019 04:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518076380      +EDI: RMSC.COM Sep 28 2019 04:08:00      Synchrony Bank / HH Gregg,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
518076381      +EDI: RMSC.COM Sep 28 2019 04:08:00      Synchrony Bank/6th Ave Elec,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
518076382      +EDI: RMSC.COM Sep 28 2019 04:08:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
518076383      +EDI: VERIZONCOMB.COM Sep 28 2019 04:08:00      Verizon,
                 Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 21
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Sep 27, 2019
                              Form ID: 148             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Walter D. Nealy    on behalf of Debtor Hudy  Muldrow, Jr. nealylaw@gmail.com,
           r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
                                                                                         TOTAL: 5
```